IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DEBORAH GAIL POWELL, | § | |
|    Plaintiffs, | § | |
| | § | |
| v. | § | Cause No. 2:13-CV-00698 |
| | § | |
| TRINITY MOTHER FRANCES HEALTH SYSTEM, | § § | |
|    Defendant. | § | JURY REQUESTED |

## NOTICE OF SETTLEMENT

**COMES NOW, DEBORAH GAIL POWELL**, Plaintiff in the above-entitled and numbered cause, who makes and files this Notice of Settlement. Plaintiff hereby notifies the Court that the Parties have agreed to settle and resolve all matters in dispute in the above cause and contemplate submitting dismissal papers to the Court in the next two weeks. There are no minor claimants and no other remaining issues upon which the Parties contemplate submitting to the Court. Submitted this 16th day of May, 2014.

    Respectfully submitted,

    By:**/s/ Joe C. Tooley**
       State Bar No. 20129750
    510 Turtle Cove, Suite 112
    Rockwall, Texas 75087
    (972) 722-1058
    (972) 722-1070 (Facsimile)
    Email:  Joe@TooleyLaw.com
    ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on this 16th day of May, 2014.

    **/s/ Joe C. Tooley**